**Order entered February 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00035-CV

### IN RE PATRICIA KENNEDY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15332**

## ORDER
Before Justices Brown, Schenck, and Reichek

Before the Court is real party in interest William McPherson d/b/a Chick-Fil-A at Inwood Road's motion to dismiss relator's petition for writ of mandamus. We **DENY** the motion as moot in light of the Court's opinion of this date denying relator's petition for writ of mandamus.

/s/    DAVID J. SCHENCK
          JUSTICE